AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

V.

_William DeLano Ellis, Jr_

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: _06-506m_

The defendant is charged with a violation of ___18___ U.S.C. _3143_ alleged to have been committed in the _Eastern_ District of _Virginia_. _Norfolk Division_

Brief Description of Charge(s):

_Probation Violation_

**FILED**

DEC 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_12/11/06_                                                _John Facala_
Date                                                      Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |