**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 12/12/06

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
                        193 Walter E. Hoffman U.S. Courthouse
                        600 Granby Street
                        Norfolk, VA. 23510-1915
                        RE: 06MG506 William Delano Ellis, Jr.

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

   X   Docket Sheet                                    Warrant of Removal

   X   Warrant/Pet on Supervised Rel                   Order of Removal

       Minute Order Appointing Counsel       X         Detention Order

       Corporate Surety Bond                 X         Waiver of Removal

       Personal Surety Bond

   X   Other- Blotter dated 12/11/06

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                       Sincerely yours,

                                       Nancy Mayer-Whittington,
                                       Clerk of the Court

                                       By: _____
                                           Deputy Clerk

RECEIVED
DEC 14 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA